158 A.3d 1238

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Leon OWENS, Petitioner**

**No. 232 EAL 2016**

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW**, this 11th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.